*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-1127**

IN RE DANA LAUREN TAPPER

**2018 DDN 276**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1025021**

BEFORE: Easterly, Associate Judge, and Washington and Nebeker, Senior Judges.

### O R D E R
(FILED – January 17, 2019)

On consideration of the certified order revoking respondent's right to practice law in the state of Virginia by consent; this court's October 29, 2018, order suspending respondent pending resolution of this matter and directing her to show cause why the functionally equivalent reciprocal discipline of disbarment should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has failed to file a response to the court's order or file her required D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that Dana Lauren Tapper is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's disbarment will not begin to run until such time as she files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**